IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**LEROY BOCHLER**
4937 Black Oak Drive
Madison, Wisconsin

        Plaintiff,

   vs.

Case No._____

**SYSCO BARABOO, LLC**
Registered Agent for Service
Capitol Corporate Services, Inc.
901 S. Whitney Way
Madison, Wisconsin 53913

        Defendant.

## COMPLAINT

The Plaintiff, Leroy Bochler, by his attorneys, Hawks Quindel, S.C., and Nicholas E. Fairweather and David C. Zoeller, for his Complaint against the Defendant, Sysco Baraboo, LLC, states as follows:

### JURISDICTION AND VENUE

1.    The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff's claim arises under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA").

2.    Venue is proper in the Western District of Wisconsin under 28 U.S.C. § 1391 because Defendant operates a facility in this district and because a

substantial part of the events or omissions giving rise to the claim occurred in this district.

## PARTIES

3. Plaintiff Leroy Bochler ("Bochler") is an adult resident of the state of Wisconsin, residing at 4937 Black Oak Drive, Madison, Wisconsin 53711. Bochler was an employee of Defendant as defined by 29 U.S.C. § 203(e). Bochler's signed consent form is attached to his complaint as Exhibit A.

4. Defendant, Sysco Baraboo, LLC ("Sysco"), is a Delaware limited liability corporation with its principal office at 910 South DuPont Highway, Baraboo, Wisconsin 53913. Sysco's registered agent for service is Capitol Corporate Services, Inc., 901 S. Whitney Way, Madison, Wisconsin 53711.

5. Sysco is an "employer" within the meaning of the FLSA, 29 U.S.C. § 203(d).

6. Sysco is an enterprise engaged in commerce within the meaning of 29 U.S.C. § 203(s)(1).

## ALLEGATIONS

7. Bochler was employed by Sysco as an Executive Chef, between September 1986 and January 2010.

8. During Bochler's employment as an Executive Chef with Sysco, he was suffered and permitted to work more than forty (40) hours per week.

9. Bochler was paid a salary during his employment with Sysco, and was not paid overtime compensation for the hours he worked over forty (40) in a week.

## FIRST CAUSE OF ACTION
## FAILURE TO PAY OVERTIME WAGES IN VIOLATION OF THE FLSA

10. Paragraphs 1-9 of this Complaint are re-alleged as though set forth here in full.

11. The FLSA, 29 U.S.C. § 207, requires each covered employer to compensate all non-exempt employees at a rate of one and one-half times the regular rate of pay for work performed in excess of forty (40) hours per workweek.

12. During his employment with Sysco, and within the applicable statute of limitations, Bochler regularly worked in excess of forty (40) hours per week without overtime compensation.

13. At no time during his employment with Sysco and within the applicable statutory period was Bochler exempt from overtime pay under any of the FLSA exemptions.

14. These practices violate the provisions of the FLSA, 29 U.S.C. § 201, et seq., including, but not limited to, 29 U.S.C. § 207. As a result of these unlawful practices, Bochler has suffered a wage loss.

15. Sysco knew or showed reckless disregard for the fact that they failed to pay Bochler overtime compensation in violation of the FLSA.

WHEREFORE, Plaintiff Leroy Bochler demands judgment against Defendant Sysco Baraboo, LLC awarding him:

A.   The overtime wage compensation owed under 29 U.S.C. §§ 206 and 207 for the 3-year time period prior to the commencement of this action;

B.   Liquidated damages in an amount equal to the amount awarded to him as overtime wage compensation, as provided in 29 U.S.C. § 216(b);

C.   All attorney's fees incurred by Plaintiff in prosecuting this action, and the costs of this action, as provided in 29 U.S.C. § 216(b); and

D.   Such other legal or equitable relief as this Court deems just and necessary to vindicate Plaintiff's rights under the Fair Labor Standards Act.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury.

Dated: March 25, 2010.

### HAWKS QUINDEL, S.C.

By: _/s/ David C. Zoeller_
Nicholas E. Fairweather, State Bar No. 1036681
Email: nfairweather@hq-law.com
David C. Zoeller, State Bar No. 1052017
Email: dzoeller@hq-law.com
222 West Washington Avenue, Suite 450
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: 608 257-0040
Facsimile: 608 256-0236

Attorneys for Plaintiff Leroy Bochler